**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __IRS__

**City** __Brookline__               **Related Case Information:**

**County** __Norfolk__          Superseding Ind./ Inf. __X__          Case No. __22-10355-NMG__
                               Same Defendant __X__          New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Pankaj MERCHIA__          Juvenile:     ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address     (City & State) __Brookline, MA__

Birth date (Yr only): __1973__  SSN (last4#): __8167__   Sex __M__      Race: _____      Nationality: _____

**Defense Counsel if known:**     __Peter Hortsmann__          Address _____

**Bar Number** _____          _____

**U.S. Attorney Information:**

**AUSA** __Evan Panich and Lauren Graber__          Bar Number if applicable _____

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes     ☐ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☑ On Pretrial Release:     Ordered by: __Hon. Jennifer C. Boal__     on __12/16/2022__

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty ——     ☐ Misdemeanor ——     ☑ Felony __7__

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __02/02/2023__          Signature of AUSA: __/s/ Evan Panich__

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 22-10355-NMG

**Name of Defendant** Pankaj MERCHIA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1347 | Health Care Fraud | 1 |
| Set 2 | 18 U.S.C. § 1957 | Money Laundering | 2-4 |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to Defraud the IRS | 5 |
| Set 4 | 26 U.S.C. § 7201 | Tax Evasion | 6-7 |
| Set 5 | 18 U.S.C. § 982(A)(7) | Health Care Fraud Forfeiture Allegation | |
| Set 6 | 18 U.S.C. § 982(A)(1) | Money Laundering Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013