UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    Crim. No. 22-cr-10355-NMG

PANKAJ MERCHIA, M.D. and SHONA PENDSE
Defendants.

**EMERGENCY** MOTION TO RECONSIDER GIVING A FAIR CHANCE TO DEFEND

Defendant, Dr. Merchia, defending himself pro se despite:

1. having repeatedly in writing and verbally requested the assistance of counsel with a

2. speedy trial for the past 3 years ago (see ECF 20, ECF 26, withdrawals of Lauer, Gaudet, & Horstmann, transcript before judge Gorton on Feb 2, 2023, ECF 64 or 65, ECF 66, and many others),

3. not having waived the right to counsel by conduct (even the Federal Defender told the court on the record "I can clarify that there's been no inappropriate behavior by Dr. Merchia") (see transcript before judge Gorton on Nov 8, 2024).

here, thanks this court for reversing, on the 4th day of trial, its decisions of the 1st day of trial that:

4. forbid Dr. Merchia from using a computer monitor that he brought on the first day of trial so that he could access and read from hundreds of thousands of pages in this case

and requests this court to reconsider its decision on the 1st day of trial that:

5. forbid Dr. Merchia from allowing his family members who are facile with computers and came with him to court on the first day of trial from sitting at the empty desk behind him so that they could search for relevant documents from the hundreds of thousands in discovery so that he could cross-examine witnesses with documents and within the limited time given to him during trial

and requests this court to allow him to

6. re-examine witnesses with these fair provisions, ideally in a new trial not prejudiced

of note:

7. the Government has three (3) people including two (2) trained and experienced attorneys and a law student on a computer behind them with a large rolling cart with everything they need to present their case,

8. Dr. Merchia isn't a lawyer, was forbidden from reading with a monitor and not allowed to get help from people who came with him.

Respectfully Submitted,

/s Pankaj Merchia, MD

Certificate of Service

Court's ECF system will serve all parties and Dr. Merchia has cc'd govt on this motion

/s Pankaj Merchia, MD