UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-10355-NMG |
| | ) | |
| PANKAJ MERCHIA | ) | |

## Defendant's Motion for Judgment of Acquittal at Close of Government's Case

This motion was also previously made orally and timely.

Now comes the Defendant, Pankaj Merchia, , pro se despite requesting assistance of counsel and not having waived his right to counsel, before this Honorable Court, and hereby moves for a judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure.  See Fed. R. Crim. P. 29.  In support thereof, the defendant submits that this motion is made on the ground that based on the evidence introduced by the Government, no rational trier of fact could conclude beyond a reasonable doubt that the defendant committed the crime charged.

Respectfully submitted,

*/s/ Pankaj Merchia*

Pankaj Merchia

## Certificate of Service

I hereby certify that a copy of this motion has been served upon the parties and counsel for the United States.

*/s/ Pankaj Merchia*

Pankaj Merchia

Dated:  January 14, 2026