**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 22-cr-10355-NMG |
| PANKAJ MERCHIA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned, Ronald W. Chapman II ("Counsel"), respectfully moves the Court under Local Rule 83.5.2(c) for leave to withdraw as counsel for Defendant Pankaj Merchia. In support of this motion, Counsel states as follows.

1.      Counsel entered his appearance *pro hac vice* on behalf of Defendant as attorney of record (ECF Nos. 686, 687).

2.      On March 19, 2026, Defendant informed undersigned counsel that he no longer seeks to continue his representation in this matter.

3.      Defendant further advised at that time that he is in the process of securing successor counsel to continue representation.

4.      In light of the Court's recent Order resetting post-trial motions to April 13, 2026, and sentencing to May 27, 2026, the current schedule affords Defendant time to secure successor counsel and for such counsel to adequately familiarize themselves with the case and prepare for forthcoming proceedings without significant interruption.

WHEREFORE, undersigned counsel, Ronald W. Chapman II, respectfully request that the Court enter an order permitting him to withdraw as counsel of record for Defendant Pankaj Merchia in this matter.

Respectfully Submitted,

Dated: March 23, 2026

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.
*Pro Hac Vice*
MI Bar. No. P73179
THE CHAPMAN FIRM
456 E. Milwaukee Ave
Detroit, MI 48202
Phone: (346) 242-7626
Ron@Chapmanandassociates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 3/23/2026, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all parties of record.

s/ <em>Ronald W. Chapman II</em><br>
Ronald W. Chapman II, Esq., LL.M.