**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
|     Plaintiff,     ) | |
| v.     ) | |
|     ) | Criminal No. 22-cr-10355-NMG |
| PANKAJ MERCHIA,     ) | |
|     ) | |
|     Defendant.     ) | |

## <u>DEFENDANT'S REQUEST FOR SENTENCING ACCOMODATION</u>

Attached hereto as Exhibit 1 is a letter from Dr. Merchia requesting an accommodation for

the upcoming sentencing proceeding, due to a family health issue further explained in Exhibit 1.

Respectfully Submitted,

*/s/ Aaron M. Katz*
Aaron M. Katz
Aaron Katz Law LLC
399 Boylston St., 6th Floor
Boston, MA 02116
617-915-6305
Akatz@Aaronkatzlaw.com

Dated: June 3, 2026

1

**CERTIFICATE OF SERVICE AND CONFERENCE**

I hereby certify that on June 3, 2026, I electronically filed the foregoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.   I further certify that I attempted to confer with government counsel, but we were unable to connect despite best efforts.

*/s/ Aaron M. Katz*
Aaron M. Katz

2