June 3, 2026

Dear Judge Gorton,

On May 25, I had left my parents in Florida as I made my way to Boston for sentencing on May 27.

While I was away, my father, who is 87 years old, fell while trying to exit the bathtub.  He hit his head and also injured his back and shoulder.  He was left lying in the tub, with his legs dangling outside the tub, unable to get out until the police and an ambulance arrived and helped him.  At the time, he refused to go to the emergency room.  When I returned home, I took him to the emergency room, where he was evaluated and found to have multiple injuries.

His hospital discharge summary is attached.  I had first written to attorney Katz about my concerns with leaving my father alone on May 31st at 1:45pm when he was recovering more slowly than I had hoped.

At this point, he continues to have difficulty getting out of bed, going to the bathroom, getting up from the toilet, coming to the dining table to eat, and performing other activities of daily living.

I am uncomfortable leaving him alone at the moment.  My mother is 82 years old and can only provide him limited assistance.  I hope that, over the span of a couple of weeks, he will improve and be able to manage more independently.

My parents do not presently have discretionary funds to hire someone else to help them since a substantial portion of their savings has been paid to Attorney Chapman and Attorney Katz to provide me with counsel (my father spent most of his life teaching, and my mother was primarily a homemaker).

Could you please either allow me to appear by Zoom for the sentencing hearing or continue the hearing until a date when I can safely leave my father at home?

Humbly and respectfully,
/s/ Pankaj Merchia, M.D.

## Emergency Department Patient Discharge Instructions Summary

## Boca Raton Regional Hospital

## 800 Meadows Road, Boca Raton, FL 33486

## Phone: 561-395-7100

---

**Name**: MERCHIA, JAGJIWAN          **Current Date**: 05/25/26 03:23:53 America/New_York
**DOB**: ████/39          **MRN** ████████          **FIN** ████████
**Diagnosis**: 1:Fall at home; 2:Head pain; 3:Neck pain; 4:Left shoulder pain; 5:Lower back pain1:Fall at home; 2:Head pain; 3:Neck pain; 4:Left shoulder pain; 5:Lower back pain

**Visit Date**: 05/25/26 00:02:00 America/New_York

**Primary Care Provider**:
  **Name**: MONTALVAN, MD, JORGE I
  **Phone**: (561)394-3088

**Emergency Department Providers**:
**Primary Physician:**
COPLIN, MICHAEL ANDREW

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following instructions include patient education materials and information regarding your injury/illness.

## Comment:

MERCHIA, JAGJIWAN has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| your primary care doctor | | Within 1 to 2 days |

| With: | Address: | When: |
|---|---|---|
| Follow-up in Emergency Department | | Within ASAP, only if needed |